UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD E. ALLEN, JR.,<br><br>　　　　　　　　Petitioner,<br>　v.<br>TIM GARRETT,<br><br>　　　　　　　　Respondents. | Case No. 3:22-cv-00176-ART-CSD<br><br>ORDER |

　　Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 20), and good cause appearing;

　　It is therefore ordered that Petitioner's unopposed motion for extension of time (first request) (ECF No. 20) is granted. Petitioner will have up to and including October 21, 2022, to file his second amended petition.

　　DATED THIS 8th day of September 2022.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1