UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD E. ALLEN, JR., | Case No. 3:22-cv-00176-ART-CSD |
| Petitioner, | ORDER |
| v. | |
| TIM GARRETT, | |
| Respondents. | |

Respondents having filed an unopposed motion for extension of time (first request) (ECF No. 23), and good cause appearing;

It is therefore ordered that Respondents' unopposed motion for extension of time (first request) (ECF No. 23) is granted. Respondents will have up to and including March 6, 2023, to file their response to Petitioner's second amended petition.

DATED THIS 20th day of December 2022.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1