UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD E. ALLEN, JR., | Case No. 3:22-cv-00176-ART-CSD |
| Petitioner, | ORDER |
| v. | |
| TIM GARRETT, | |
| Respondents. | |

    Respondents having filed an unopposed motion for extension of time (second request) (ECF No. 25), and good cause appearing;

    It is therefore ordered that Respondents' unopposed motion for extension of time (second request) (ECF No. 25) is granted. Respondents will have up to and including May 5, 2023, to file their response to Petitioner's second amended petition.

    DATED THIS 6th day of March 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE