UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD E. ALLEN, JR.,<br><br>                      Petitioner,<br>   v.<br>TIM GARRETT,<br><br>                     Respondents. | Case No. 3:22-cv-00176-ART-CSD<br><br>ORDER |

Petitioner Ronald E. Allen, Jr. having filed an unopposed motion for extension of time (first request) (ECF No. 42), and good cause appearing;

It is therefore ordered that Petitioner's unopposed motion for extension of time (first request) (ECF No. 42) is granted. Petitioner will have up to and including October 19, 2023, to file his reply to Respondents' answer to his second amended petition.

DATED THIS 21st day of September 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1