UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD E. ALLEN, JR., | Case No. 3:22-cv-00176-ART-CSD |
| Petitioner, | ORDER |
| v. | |
| TIM GARRETT, | |
| Respondents. | |

Petitioner Ronald E. Allen, Jr. having filed an unopposed motion for extension of time (second request) (ECF No. 44), and good cause appearing;

It is therefore ordered that Petitioner's unopposed motion for extension of time (second request) (ECF No. 44) is granted. Petitioner will have up to and including November 2, 2023, to file his reply to Respondents' answer to his second amended petition.

DATED THIS 20th day of October 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1